## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOSH S. VERNE,**<br><br>**Defendant.** | **Civil Action No.: 2:23-CV-02259** |

### DEFENDANT'S STATUS REPORT

On February 9, 2024, the Court entered an Order staying this action pending the resolution of the Department of Justice's parallel criminal investigation and directing the defendant to provide a status report every six months. (ECF 15).

Since the last status report, the DOJ case has proceeded.  Mr. Verne has agreed to change his plea to guilty and a hearing is scheduled for March 3, 2025.

In this action, the SEC and Mr. Verne have begun settlement discussions.  The parties expect to be in a position to either reach a settlement, or request that the stay be lifted to proceed with the litigation, prior to the date for the next status report in six months.

Dated: February 19, 2025

Respectfully submitted,

*/s/ Joseph C. Kohn*
Joseph C. Kohn (36565)
Elias A. Kohn (327743)
Zahra R. Dean
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 238-1700
jkohn@kohnswift.com
ekohn@kohnswift.com
zdean@kohnswift.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOSH S. VERNE,**<br><br>**Defendant.** | **Civil Action No.: 2:23-CV-02259** |

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph C. Kohn hereby certify that on February 19, 2025, the foregoing Defendant's Status Report was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

/s/ *Joseph C. Kohn*
Joseph C. Kohn